UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| | ) | No. 3:08-CR-58 |
| V. | ) | (Phillips / Shirley) |
| | ) | |
| RONALD MARBLE, | ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon the timely request Ronald Marble for additional time in which to file pretrial motions, [Doc. 11]. The government does not oppose the request.

Counsel for Mr. Marble states that his factual investigation is ongoing and that additional time is necessary in order to identify and prepare any pretrial motions that may be appropriate. Counsel estimates that an additional 14 days will afford an adequate period of time for identification and preparation of pretrial motions after completing investigation of the relevant circumstances.

The Court finds that good cause has been shown to extend the deadline previously established for filing of motions. Accordingly, IT IS ORDERED:

1. Ronald Marble's Motion to Extend Motion Cut-Off Deadline **[Doc. 11]** is **GRANTED**.

2. The deadline for filing pretrial motions is extended to **June 16, 2008**, as requested. Responses will be due **June 27, 2008.**

3. If there are pending pretrial motions, the parties should be prepared to address the July 8, 2008, trial date at the date and time previously scheduled for the pretrial conference, **July 1, 2008, at 10:00 a.m.**

**IT IS SO ORDERED.**

ENTER:


　　s/ C. Clifford Shirley, Jr.　　
United States Magistrate Judge